

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | No. 08-15-00355-CV |
| IN THE INTEREST OF | § | Appeal from |
| O.C.V. AND M.S.V., JR., CHILDREN. | § | 383rd District Court |
| | § | of El Paso County, Texas |
| | § | (TC # 2012DCM10912) |
| | § | |

## **<u>MEMORANDUM OPINION</u>**

Pending before the Court is a motion filed by Appellant, Veronica Rae Chavez Vara, to dismiss her appeal. *See* TEX.R.APP.P. 42.1(a)(1). We grant the motion and dismiss the appeal. Costs of the appeal are taxed against Appellant. *See* TEX.R.APP.P. 42.1(d).

August 17, 2016

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.